**Dated: January 11, 2007**
**The following is ORDERED:**



*Tom R. Cornish*
Tom R. Cornish
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

| | |
|---|---|
| **SIOUX REDI-MIX, INC. and** | Case No. 03-73857 |
| **SIOUX AGGREGATES, INC.,** | Case No. 03-73858 |
| | Chapter 7 |
| | (Substantively Consolidated under |
| Debtors, | Case No. 03-73857) |

**CAROL WOOD MITCHELL, TRUSTEE,**

      Plaintiff,

vs.                                    Adv. No. 05-7114

**JOEL T. STRINGFELLOW,**

      Defendant.

### JUDGMENT

This judgment is entered pursuant to the Order entered herein on January 11, 2006, in the United States Bankruptcy Court for the Eastern District of Oklahoma and Rule 9021, Fed. R. Bankr. P.

    IT IS ORDERED ADJUDGED AND DECREED that:

Judgment Number 2007-001

Plaintiff, Carol Wood Mitchell, Trustee, is awarded judgment against Defendant Joel T. Stringfellow in the amount of $135,988.56 for pre-petition transfers.

Plaintiff, Carol Wood Mitchell, Trustee, is awarded judgment against Defendant Joel T. Stringfellow in the amount of $550,651.19 for post-petition transfers.

Plaintiff, Carol Wood Mitchell, Trustee, is awarded judgment against Defendant Joel T. Stringfellow in that the security interests purportedly granted to Defendant under the Operating Agreements are avoided.

Plaintiff, Carol Wood Mitchell, Trustee, is awarded judgment against Defendant Joel T. Stringfellow in that the transfers of the real property located in Bryan County and the Denison, TX sand pit are avoided.

Plaintiff is awarded pre- and post-judgment interest on the amounts avoided and recovered.

Plaintiff, Carol Wood Mitchell, Trustee, is awarded judgment against Defendant Joel T. Stringfellow in that the Defendant's proofs of claim filed in the Debtors' bankruptcy cases are denied under § 502(d).

###